LORETTA DI FOLCO, Appellant, v. OLOF C. HANSEN and MARY HANSEN, His Wife, Respondents.— In an action of ejectment the jury answered special questions and rendered a general verdict in favor of the defendants, upon which a judgment dismissing the complaint on the merits was entered. On appeal by the plaintiff, judgment reversed on the law and the facts and a new trial granted, costs to abide the event. In our opinion the verdict, in so far as it purports to find that there was a practical location by the parties of the boundary line in the place where the stone wall is located and that the defendants acquired title to the strip in dispute by adverse possession, is against the weight of the evidence. Furthermore, it was error to receive in evidence the letter, defendants' Exhibit N. Johnston, Adel and Close, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote to affirm, with the following memorandum: We dissent on authority of *Crary v. Goodman* (22 N. Y. 170). The proof established defendants' possession for the requisite period, and upon this theory the admission of Exhibit N was harmless error.

MARGUERITE HOBAN, Respondent, v. THE COUNTY OF NASSAU, Appellant. THOMAS STRIBLEY, Respondent, v. THE COUNTY OF NASSAU, Appellant.— Appeals by defendant in two actions for damages for personal injuries, and as to the second action also for damages to property, from judgments in favor of the plaintiffs entered on the verdicts of a jury. Judgment in each action unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending Jay Street, from Nassau Street to Fulton Street; Smith Street, from Fulton Street to Atlantic Avenue, and Schermerhorn Street, from Smith Street to a Point About 50 Feet East of Third Avenue, Where Not Heretofore Acquired in Fee by the City of New York for Rapid Transit Purposes, in the Borough of Brooklyn, City of New York. THE BROOKLYN CORPORATION, LAMSON & HUBBARD CORPORATION, as Assignee of THE BROOKLYN CORPORATION, and PUTNAM THEATRICAL CORPORATION, Appellants; THE CITY OF NEW YORK, Respondent.— Proceedings in condemnation for the acquisition of title to property for the purposes of street widening. The claimants appeal from so much of the final decree as makes awards for damage parcels 215 and 231. Final decree unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.